Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
T: (323) 988-2400 ext. 229; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| Gerardo Boccara | ) | Case No.: 4:08-cv-03187-SC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION TO DISMISS WITH** |
| Bridgeport Financial, Inc. | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, GERARDO BOCCARA, and Defendant, BRIDGEPORT FINANCIAL, INC., hereby jointly stipulate as follows:

1. Upon the agreement of all appearing parties, the present matter is to be dismissed with prejudice.

2. This Court will retain jurisdiction over the present matter solely for the purposes of settlement until the parties have fully consummated the terms of the settlement agreement.

3. Parties to bear their own fees and costs.

Respectfully Submitted,

DATED: February 5, 2008     KROHN & MOSS, LTD.


By: /s/ Nicholas Bontrager

    Nicholas Bontrager
    Attorney for Plaintiff




DATED:  February 5, 2008    ELLIS, COLEMAN, POIRIER, LAVOIE & STEINHEIMER, LLP


By:  /s/ Andrew M. Steinheimer

    Andrew M. Steinheimer
    Attorney for Defendant

**IT IS SO ORDERED**

Judge Samuel Conti

- 2 -

STIPULATION TO DISMISS